to appellant to abide event. Patterson, P. J., Ingraham, McLaughlin and Clarke, JJ., concurred. Judgment and order reversed, new trial ordered, costs to appellant to abide event.

Louis Wollowitz, an Infant, by Hyman Wollowitz, His Guardian ad Litem, Respondent, v. The New York City Railway Company, Appellant.— Order modified by requiring the payment of costs up to the time of the allowance of the amendment and of ten dollars costs and disbursements of this appeal, and as so modified affirmed. No opinion. Settle order on notice.

Charles P. Goldsmith and Isaac Loeb, Respondents, v. Leo Hammel and Others, Appellants.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. New York Building-Loan Banking Company, Respondent. In the Matter of the Application of Charles M. Preston, Respondent, for a Settlement of His Accounts as Temporary and Permanent Receiver of the New York Building-Loan Banking Company, from September 14, 1903, to September 13, 1904. In the Matter of the Claim of Henry A. Taylor, Appellant. In the Matter of the Claim of Albert Rosenlicht, Respondent.— Order affirmed, with costs to the respondents. No opinion.

Cora M. Anderson, Respondent, v. Interurban Street Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Mary Agnes Gleason, Appellant, v. The Northwestern Mutual Life Insurance Company, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer on payment of costs in this court and in the court below. No opinion. (Laughlin, J., dissenting.)

Dierck Schomacker, Respondent, v. Max C. Baum, Appellant.— Judgment affirmed, with costs, with leave to defendant to amend on payment of costs in this court and in the court below. No opinion.

The People of the State of New York ex rel. Andrew Sesselman, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Rutherfurd Realty Company, Respondent, v. Willet F. Cook, Appellant, Impleaded with Simon Lindau.— Judgment affirmed, with costs. No opinion.

David Kidansky and Louis J. Levy, Respondents, v. David Peltyn, Appellant.— Judgment affirmed, with costs. No opinion.

Paul M. Schlichter and William Schlichter, Respondents, v. Guarantee Construction Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Selena Fetter Royle, Respondent, v. Nathaniel C. Goodwin, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, allowance, etc., to $4,054.37; in which event, judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

Dutilh-Smith, McMillan & Company, Respondent, v. Snare & Triest, Appellant.— Judgment and order affirmed, with costs. No opinion.